UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MORENO,<br><br>    Petitioner,<br><br>    v.<br><br>K. MENDOZA-POWERS, Acting Warden,<br><br>    Respondent. | 1:06-CV-01241-LJO-SMS-HC<br><br>ORDER GRANTING EXTENSION OF<br>TIME TO FILE TRAVERSE<br><br>(Doc. 7) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On January 29, 2007, petitioner filed a motion to extend time to file a traverse, pursuant to the court's order of November 9, 2006. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file a traverse.

IT IS SO ORDERED.

**Dated:   March 14, 2007**            **/s/ Sandra M. Snyder**
23ehd0                                            UNITED STATES MAGISTRATE JUDGE